IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HOMERO PEREZ-ESTRADA, #59186-177, Movant, v. UNITED STATES of AMERICA, Respondent. | § § § § § § § § § | No. 3:22-cv-00707-E (BT) No. 3:19-cr-00472-E-3 |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 6, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**The Clerk of Court is directed to close this case.**

**SO ORDERED** this 25th day of July, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE